UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY J. MITCHELL,<br><br>            Plaintiff,<br><br>            v.<br><br>PSYCHIATRIST NASIR,<br><br>            Defendant(s). | Case No. 2:20-cv-9849-VBF (MAR)<br><br>JUDGMENT |

Pursuant to the Order re: Voluntary Dismissal, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** without prejudice.

Dated:  May 9, 2022                                      /s/ Valerie Baker Fairbank

                                                    HONORABLE VALERIE BAKER FAIRBANK<br>
                                                    United States District Judge